**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| LEXIS WINDSHEIMER, and KAYONA SMART, | |
| Plaintiffs, | No.:   2:24-cv-00620 |
| v. | **JURY TRIAL DEMANDED** |
| WEST HOMESTEAD BOROUGH; WEST HOMESTEAD POLICE DEPARTMENT; CHARLES ROZZO, JOHN DOES I THROUGH II, INCLUSIVE; AND ROE BUSINESS ENTITIES I THROUGH II, INCLUSIVE, | |
| Defendants. | |

**PETITION FOR REMOVAL**

Defendants, West Homestead Borough, West Homestead Police Department, Charles Rozzo, and John Does I through II, inclusive, by and through the undersigned attorneys, Summers, McDonnell, Hudock, Guthrie & Rauch, P.C., Mark R. Hamilton, Esq. and Colton T. Blair, Esq. file the following Petition for Removal pursuant to 18 U.S.C. § 1441 and 1446:

1.     Plaintiffs filed a Complaint against the above-captioned Defendants on or about March 25, 2024 in the Court of Common Pleas of Allegheny County at GD 24-003476.

2.      Defendants West Homestead Borough, West Homestead Borough, West Homestead Police Department and Charles Rozzo were served with Plaintiffs' Complaint and Writ of Summons by the Allegheny County Sheriff's Department on April 10, 2024.

3.      This removal is timely filed as it is within thirty (30) days of said service date as provided for under 28 U.S.C. § 1446.

4.      This case arises out of a police pursuit against an individual named McKinnley Torrence on or about November 16, 2022.

5.      During this incident, Mr. Torrence proceeded through West Homestead, Pittsburgh, PA, prompting Officer Derek Lincoln - - referred to in Plaintiffs' Complaint as John Doe I - - from West Homestead Police Department to join the pursuit of Mr. Torrence as he proceeded through the Borough of West Homestead.

6.      Ultimately, Mr. Torrence changed lanes into oncoming traffic, striking the Plaintiffs' vehicle head on and causing injuries to the Plaintiffs.

7.      Whereas "John Doe I" is readily identified by relevant police reports as West Homestead Police Officer Derek Lincoln, Plaintiffs' Complaint fails to identify by name, description, address or any actions relevant to said pursuit the entities designated as John Doe II and/or "ROE" Business Entities I through II,

inclusive. Accordingly, said entities cannot be identified; cannot be served with process; and/or, cannot be expected to respond to Plaintiffs' Complaint.

8.    Plaintiffs have filed a six-count Complaint against the above-captioned Defendants.

9.    Counts III of Plaintiffs' Complaint alleges violations of Plaintiffs' 14th amendment rights under 42 U.S.C. § 1983.

10.    The right to remove a case from state to federal court is vested exclusively in "… the defendant or the defendants…" 28 U.S.C. § 1441(a); 28 U.S.C. § 1446(a); *See also Shamrock Oil & Gas Corp. v. Sheets*, 313 U.S. 100 (1941).

11.    "Any civil action of which the district courts have original jurisdiction founded on a claim or right arising under the Constitution, treaties or laws of the United States shall be removable without regard to the citizenship or residence of the parties." 28 U.S.C. § 1441(b).

12.    It has been held that state court claims brought along with a 42 U.S.C. § 1983 can be removed to federal court. *See Borough of West Mifflin v. Lancaster*, 45 F.3d 780, 85 (3d Cir. 1995).

13.    A copy of Plaintiffs' Complaint as filed in the Court of Common Pleas of Allegheny County, Pennsylvania at Docket No. GD 24-003476 is attached to this Petition as Exhibit "A".

14.     These Defendants have given notice to all Parties of the filing of this Petition as required by 28 U.S.C. § 1446(d).

15.     A copy of this Petition has been filed with the Department of Court Records of the Court of Common Pleas of Allegheny County, Pennsylvania, as required by 28 U.S.C. § 1446(d).

**JURY TRIAL DEMANDED**

Respectfully submitted,

**Summers, McDonnell, Hudock, Guthrie & Rauch, P.C.**

By:

Mark R. Hamilton, Esquire
Pa. ID No. 29919
Colton T. Blair, Esq.
Pa. ID No. 333088
Attorneys for Defendants, West Homestead Borough, West Homestead Police Department, Charles Rozzo and John Does I through II, inclusive

811 Camp Horne Road, Suite 220
Pittsburgh, PA 15237
Tel: 412-261-3232
mhamilton@summersmcdonnell.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of April, 2024, a true and correct copy of the foregoing Petition for Removal was filed with the Court via CM/ECF system, which will automatically send notice to all counsel of record.

SUMMERS, MCDONNELL, HUDOCK,
GUTHRIE & RAUCH, P.C.

By: _____

Mark R. Hamilton, Esquire